## William Schultz and Elizabeth C. Schultz, Appellees, v. Gustav Falk et al., Appellants.

### Gen. No. 44,682.

opinion filed June 29, 1949; released for publication July 18, 1949. Jacob G. Hamer and Jesse H. Brown, for appellants; Donald M. Becker, of counsel; Stoffels & Stoffels, for appellees; Herbert R. Stoffels, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.